452 A.2d 1014

**COMMONWEALTH of Pennsylvania**

v.

**Timothy Howard LEARY, Appellant.**

Supreme Court of Pennsylvania.

Argued Oct. 27, 1982.

Decided Dec. 10, 1982.

Thomas G. Klingensmith, Asst. Public Defender, for appellant.

John A. Kenneff, Asst. Dist. Atty., for appellee.

Before O'BRIEN, C.J., and ROBERTS, NIX, LARSEN, FLAHERTY, McDERMOTT and HUTCHINSON, JJ.

ORDER

PER CURIAM:

Judgment of sentence affirmed.